IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| WESLEY BLAKE SEGARS, POWER OF ATTORNEY FOR BEUNA SEGARS, SURVIVING WIFE OF DENNIS L. SEGARS; REBECCA SEGARS REYNOLDS AND VICKI LAKE AS SURVIVING CHILDREN OF DENNIS SEGARS; and REBECCA SEGARS REYNOLDS AND LAWREN PAGAN, AS ADMINISTRATORS OF THE ESTATE OF DENNIS SEGARS,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, THE BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA, GEORGIA HEALTH SCIENCES MEDICAL CENTER f/n/a MEDICAL COLLEGE OF GEORGIA d/b/a MEDICAL COLLEGE OF GEORGIA HOSPITAL AND CLINICS; MCG HEALTH, INC., VIJAY MAURYA, M.D., and JOHN DOES,<br><br>Defendants. | CIVIL ACTION NO.<br><br>_____ |

## COMPLAINT

COMES NOW the Plaintiffs, by and through their undersigned attorneys, and file this Complaint against the Defendants by showing as follows:

1.

This action is brought pursuant to the Federal Tort Claims Act, 28 U.S.C. § 2671 et seq., and therefore jurisdiction is properly and exclusively within this Court pursuant to 28 U.S.C.§ 1331 and § 1346(b). The events giving rise to the claim made in this case occurred in Richmond County,

Georgia; and, therefore, venue is proper in this Court pursuant to 28 U.S.C. § 1391 (b)(2) and (e)(2)

2.

This suit is brought in part under the Georgia Tort Claims Act, OCGA §50-21-20, et. seq, and all conditions precedent to suit under said act have been met. Attached hereto as Exhibit A and made a part hereon is a copy of the notice of claim presented to the Department of Administrative Services and the certified mail receipt for said notice. The State has denied the claim. More than ninety (90) days have elapsed since the claim was presented.

3.

Defendants The Board of Regents of the University System of Georgia and Georgia Health Sciences Medical Center f/n/a Medical College of Georgia d/b/a Medical Georgia Hospital and Clinics are agencies of the State of Georgia, are subject to suit under the Georgia Tort Claims Act, and are subject to the jurisdiction and venue of this Court. The acts complained of herein occurred in Augusta, Richmond County, Georgia.

4.

MCG Health, Inc. is a corporation organized and existing under the laws of the State of Georgia for the purpose of operating hospital facilities in Richmond County, Georgia, and at the time in question maintained a hospital for the care of the sick and injured which held itself out to the public and members of the medical profession as furnishing accommodations where patients can be treated and further held itself out as being competent, through its agents and employees, in caring for persons who are ill or are in circumstances requiring medical treatment normally provided by a competent hospital facility.

5.

MCG Health, Inc. is subject to the jurisdiction and venue of this Court, having as its

Registered Agent Susan James, Esq., 1120 15th Street, BA 8255, Augusta, Richmond County, GA 30912.

6.

Defendant Vijay Maurya, M.D., is a physician who is a resident of Augusta, Richmond County, Georgia, and practices medicine in Augusta, Richmond County, Georgia, and is subject to the jurisdiction and venue of this Court.

7.

Defendants John Doe(s) is a fictional designation pursuant to O.C.G.A. §9-11-10(a). Upon ascertaining the identities of said individuals, Plaintiffs will amend their complaint.

8.

At all pertinent times, Defendant The Board of Regents of the University System of Georgia and/or MCG Health, Inc. owned and/or operated the Medical College of Georgia d/b/a Medical College of Georgia Hospital and Clinics, currently known as Georgia Health Sciences Medical Center.

9.

At all times pertinent to this cause of action, Vijay Maurya, M.D., and John Doe(s) were physicians and/or nurses duly licensed under the laws of the State of Georgia, practicing their professions at The VA Medical Center in Augusta, Richmond County, Georgia, and holding themselves out to the members of the public generally as skilled and competent physicians and nurses.

10.

At all times pertinent to this cause of action, Defendants Vijay Maurya, M.D., and John Doe(s) physicians and/or nurses were employees or agents, actual or apparent of the United States

of America and/or MCG Health, Inc. and/or The Medical College of Georgia d/b/a Medical College of Georgia Hospital and Clinics, presently known as Georgia Health Sciences Medical Center, and were acting within the scope and course of their employment with said defendants, making said defendants vicariously liable for the negligent acts of said physicians and nurses.

11.

Plaintiff Beuna Segars is the surviving spouse of Dennis Segars, and Rebecca Segars Reynolds and Vicki Lake are the surviving children of Dennis Segars and are entitled to bring a wrongful death action for the full value of the life of Dennis Segars pursuant to O.C.G.A. § 51-4-2(a).

12.

Plaintiffs Rebecca Segars Reynolds and Lawren Pagan are the joint administrators of the estate of Dennis Segars and are entitled to bring a suit for his pain and suffering pursuant to O.C.G.A. § 9-2-41 and for funeral, burial, medical and other necessary expenses pursuant to O.C.G.A. § 51-4-5(b).

13.

On March 30, 2010, Dennis Segars was admitted by Dr. Vijay Maurya to the VA Hospital Uptown Division.

14.

On March 31, 2010, Mr. Segars fell in his hospital room and suffered a fracture of the left hip and fracture/dislocation of the left elbow.

15.

Mr. Segars was transferred to the VA Hospital Downtown Division, where the hip fracture was repaired and the elbow dislocation was reduced.

16.

Mr. Segars' condition deteriorated and he died on April 5, 2010.

17.

The care and treatment of Dennis Segars by Vijay Maurya, M.D., nursing personnel, and other physicians at the Veteran's Administration Medical Center in Augusta, Georgia, was not in keeping with the standards of care and skill practiced by physicians and nurses in their profession generally under the same or similar circumstances.

18.

The affidavit of Andrew R. Kaufman, M.D., is attached hereto as Exhibit B in compliance with O.C.G.A. § 9-11-9.1. The content of said affidavit is incorporated by reference herein.

19.

Attached hereto as Exhibit C is Plaintiff's Certificate of Compliance pursuant to O.C.G.A. § 50-21-35.

20.

Plaintiffs allege both professional and simple negligence on the part of all defendants.

21.

The VA Medical Center had a duty to provide competent physician and nursing care to the decedent, which duty was breached.

22.

The breaches in the standard of care on the part of Vijay Maurya, M.D, nursing personnel and other physicians at the Veteran's Administration Medical Center in Augusta, Georgia caused Mr. Segars to fall and suffer injuries which caused him to endure severe pain and suffering and which led to his death on April 5, 2010.

23.

As the direct and proximate result of the negligence of the defendants, Dennis Segars died on April 5, 2010, at 79 years of age.

24.

On April 27, 2011, Plaintiffs submitted a claim based on the above allegations to the Veteran's Administration, an agency of the United States of America, by forwarding Form 95 for Personal Injury and Wrongful Death of Dennis Segars to William Thigpen, Veteran's Administration Regional Counsel. The claim properly set out the information required including the nature and extent of the damages being claimed as a result of the negligence of Defendant's agent. Said claim was submitted in the amount of $2,000,000. A copy of that notice is attached as Exhibit D.

25.

By February 1, 2012, the Veteran's Administration had neither accepted nor rejected the claim. More than six months have expired since the filing of the proper administrative claim. Pursuant to 28 U.S.C.A. § 2675(a), Plaintiffs elect to consider the failure to act as a denial of the claim.

26.

Pursuant to O.C.G.A. § 50-21-26, ante litem notice was given via certified mail return receipt #7108 2133 3937 6856 4680 to the Georgia Department of Administrative Services. Notice was also sent via First Class Mail to The Board of Regents of the University System of Georgia, the Medical College of Georgia and the Office of the Attorney General. The State of Georgia has denied the claim.

27.

Plaintiffs have repeatedly requested that the State of Georgia confirm or deny that the medical professionals involved in the care of Mr. Segars during his March 30, 2010, admission to the Augusta VA Medical Center were employees of the state of Georgia.

28.

The State of Georgia has repeatedly refused to confirm or deny whether the medical professionals involved in the care of Mr. Segars during his March 30, 2010 admission to the Augusta VA Medical Center were employees of the state of Georgia.

29.

As a result of the refusal of the State of Georgia to provide this information, Plaintiffs have been forced to file suit and name as defendants The Board of Regents of the University System of Georgia, Georgia Health Sciences Medical Center f/n/a Medical College of Georgia d/b/a Medical College of Georgia Hospital and Clinics, MCG Health, Inc.; Vijay Maurya, M.D.; and John Does, who may have been employees of said defendants. Defendants acted in bad faith; therefore, Plaintiffs are entitled to their expenses of litigation, including attorneys' fees, pursuant to O.C.G.A. § 13-6-11.

30.

Defendants' actions and omissions show an entire want of care which would raise the presumption of conscious indifference to consequences. Plaintiffs, therefore, are entitled to recover punitive damages sufficient to deter Defendants from similar actions in the future.

31.

As a direct and proximate result of the acts of negligence committed by the Defendant(s), as set forth above, Plaintiffs are entitled to recover the following:

(A)     Medical expenses incurred as a result of the injuries suffered by Dennis Segars on

March 31, 2010;

(B)    Funeral and burial expenses in the amount of $16,537.61;

(D)    Damages in the amount of $1,000,000 for the personal injury of Dennis Segars;

(E)    Damages in the amount of $1,000,000 for the wrongful death of Dennis Segars;

(F)    Attorneys' fees and costs of litigation from The Board of Regents of the University System of Georgia, Georgia Health Sciences Medical Center f/n/a Medical College of Georgia d/b/a Medical College of Georgia Hospital and Clinics and MCG Health, Inc.;

(G)    Punitive damages against The Board of Regents of the University System of Georgia, Georgia Health Sciences Medical Center f/n/a Medical College of Georgia d/b/a Medical College of Georgia Hospital and Clinics, MCG Health, Inc., in an amount sufficient to deter such further conduct;

(H)    That Plaintiffs have such other and further relief that this court should deem just and equitable.

                s/W. Carl Reynolds, Esq.
                Ga. Bar No. 601900
                Attorney for Plaintiffs
                Reynolds, Horne & Survant
                P. O. Box 26610
                Macon, Georgia 31221-6610
                (478) 405-0300
                Email: creynolds@reynoldsinjurylaw.com

**SERVICE INSTRUCTIONS:**

Please serve Lisa Pratt, Director of Risk Management Services for the Georgia Department of Administrative Services, 200 Piedmont Avenue SE, Suite 1804, West Tower, Atlanta, GA 30334-9010. FULTON COUNTY

Please serve Benjamin J. Tarbutton, III, Chairman of the Board of Regents of the University System of Georgia, 270 Washington Street, S.W., Atlanta, GA  30334. FULTON COUNTY

Please serve Ricardo Azzia, M.D., MPH, MBA, President of the Georgia Health Sciences Medical Center f/n/a Medical College of Georgia, d/b/a Medical College of Georgia Hospital and Clinics, 1120 15th Street, AA-311, Augusta, GA  30912-7600. RICHMOND COUNTY

Please serve Vijay Maurya, M.D. at his office, East Central Regional Hospital, 3405 Mike Padgett Hwy, Augusta, GA 30906-3897. Phone (706) 792-7021 (RICHMOND COUNTY)

Please serve Edward J. Tarver, United States Attorney for the Southern District of Georgia, United States Attorney's Office, 100 Bull Street, 2nd Floor, Savannah, GA  31401. CHATHAM COUNTY

Please serve Susan James, Esq., Registered Agent for MCG Health, Inc. At 1120 15th Street, BA 8255, Augusta, Richmond, County, GA.  30912

A copy of the summons and complaint is being sent by registered certified mail to Eric Holder, Attorney General of the United States, U. S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, D.C. 20530-0001

A copy of the summons and complaint is being sent by registered certified mail to Patricia Hooks, VA Regional Counsel (316/02), 1700 Clairmont Road, Decatur, GA  30033