IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

WESLEY BLAKE SEGARS, Power    *
of Attorney for Beuna Segars, *
Surviving Wife of Dennis L.   *
Segars, REBECCA SEGARS REYNOLDS *
AND VICKI LAKE, as surviving  *
children of Dennis Segars, and *
REBECCA SEGARS REYNOLDS AND   *
LAWREN PAGAN, as Administrators *
of the Estate of Dennis Segars, *
                              *
         Plaintiffs,          *
                              *
v.                            *       CV 112-029
                              *
UNITED STATES OF AMERICA, MCG *
HEALTH, INC., and JOHN DOES,  *
                              *
         Defendants.          *

**O R D E R**

Presently pending before the Court is a stipulation of dismissal without prejudice. (Doc. no. 33.) Plaintiffs and Defendant MCG Health, Inc. stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to the dismissal of Plaintiffs' claims against Defendant MCG Health, Inc. without prejudice. Accordingly, Plaintiffs' claims against MCG Health, Inc. are **DISMISSED WITHOUT PREJUDICE.**

**ORDER ENTERED** at Augusta, Georgia this 30th day of November, 2012.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA